UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RONALD SATISH EMRIT,

    Plaintiff,

v.

P DIDDY COMBS, et al.,

    Defendants.

No. 1:24-CV-034-H-BU

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for lack of subject matter jurisdiction. Dkt. No. 10. The FCR also recommends sanctioning the plaintiff in light of his repeated frivolous lawsuits by prohibiting him from filing any future cases in this District unless he has obtained leave from a United States District Judge of this Court. *Id.* at 10–12. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant are dismissed without prejudice for lack of subject matter jurisdiction. Further, for the reasons stated in the FCR, in light of the plaintiff's litany of frivolous litigation within this District and nationwide and the insufficiency of less severe sanctions to deter this conduct, the Court imposes a filing bar sanction on him. Emrit is barred from filing any future complaints in this District unless he first obtains leave from a United States District Judge of this Court.

– 2 –

So ordered on April 26, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE